UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN JACOBS YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> *Acting Commissioner of Social Security,* <br><br> Defendant. | **JUDGMENT** <br><br> No. 7:16-CV-309-RN |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court DENIES Young's Motion for Judgment on the Pleadings, GRANTS Berryhill's Motion for Judgment on the Pleadings, and AFFIRMS the Commissioner's determination.**

This Judgment Filed and Entered on January 10, 2018 with service on:
H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

Date: January 10, 2018

PETER A. MOORE, JR., CLERK

Lauren Herrmann, Deputy Clerk